UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER A. WIEGAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LESA STARKENBURG-KROONTJE,<br><br>　　　　Defendant. | Case No. C14-666-JCC<br><br>REPORT AND RECOMMENDATION |

  Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") and a proposed complaint in the above-entitled action. Dkt. 1; Dkt. 1-1. On May 21, 2014, the Court denied plaintiff's application, and granted plaintiff leave to amend within thirty days. Dkt. 4. Specifically, plaintiff failed to comply with LCR 3(b) by not using the proper IFP application form approved for use in this district, and granted plaintiff leave to amend within thirty days. To date, however, plaintiff has not responded in any fashion to the Court's Order.

  As plaintiff has had ample time to correct the deficiencies in his IFP application, but has failed to do so, this Court recommends that the instant action be DISMISSED without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

  Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **July 15, 2014**. Failure to file objections

REPORT AND RECOMMENDATION
PAGE - 1

within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 18, 2014**.

DATED this 24th day of June, 2014.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2