THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER A. WIEGAND,<br><br>Plaintiff,<br><br>v.<br><br>LESA STARKENBURG-KROONTJE,<br><br>Defendant. | CASE NO. C14-0666-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, hereby ORDERS:

1) The Court ADOPTS the Report and Recommendation. (Dkt. No. 5.)

2) This action is DISMISSED without prejudice for failure to prosecute.

3) The Clerk is respectfully directed to send copies of this Order to Plaintiff and to Judge Donohue.

//
//
//
//
//
//

ORDER
PAGE - 1

1     DATED this 18th day of July 2014.

 

                                                          A

                                         John C. Coughenour
                                         UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2